UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| Heather Morrison,<br><br>    Plaintiff,<br><br>v.<br><br>Mercer Belanger, P.C.<br>c/o Compliance Department<br>One Indiana Square, Ste 1500<br>Indianapolis, IN 46204,<br><br>    Defendant. | Case No.<br><br>**COMPLAINT**<br><br>**1:14-cv-0046 RLY-TAB**<br><br>**Jury Demand Requested** |

## JURISDICTION AND VENUE

1- This court has jurisdiction pursuant to 28 U.S.C. §§1331, 1337, 1367; and 15 U.S.C. §1692k(d).

2- Venue is proper because a substantial part of the events giving rise to this claim occurred in this District.

## PARTIES

3- Plaintiff incurred an obligation to pay money, the primary purpose of which was for personal, family, or household uses (the "Debt").

4- Plaintiff is a resident of the State of Indiana.

5- Defendant is a business entity with its principal office in the State of Indiana.

6- Defendant uses instruments of interstate commerce for its principal purpose of business, which is the collection of debts.

7- Defendant regularly attempts to collects, or attempts to collect, debts owed or due another.

8- At all times relevant, Defendant owned the Debt or was retained to collect the Debt.

## FACTS COMMON TO ALL COUNTS

9- On or around December 27, 2012, Plaintiff filed a voluntary bankruptcy petition that included the Debt.

10- On or around April 12, 2013, Plaintiff received a discharge of the Debt.

11- Despite the discharge, on or around November 1, 2013, Defendant sent Plaintiff a letter to collect the Debt.

12- At the time of this communication, Defendant knew, or should have known, that Plaintiff had filed a voluntary bankruptcy petition.

13- Defendant damaged Plaintiff.

14- Defendant violated the FDCPA.

## COUNT I

15- Plaintiff incorporates all the allegations and statements made above as if reiterated herein.

16- Defendant violated 15 USC § 1692b(6) by communicating with a consumer after being notified that the consumer was represented by an attorney.

## COUNT II

17- Plaintiff incorporates all the allegations and statements made above as if reiterated herein.

18- Plaintiff incorporates all the allegations and statements made above as if reiterated herein.

19- Defendant violated 15 USC § 1692f by engaging in unfair and/or unconscionable means to collect, or attempt to collect, the Debt.

## COUNT III

20- Plaintiff incorporates all the allegations and statements made above as if reiterated herein.

21- Defendant violated 15 USC § 1692e by engaging in false, deceptive, or misleading methods to collect a debt.

## **JURY DEMAND**

22- Plaintiff demands a trial by jury.

## **PRAYER FOR RELIEF**

23- Plaintiff prays for the following relief:

   a. Judgment against Defendant for Plaintiff's actual damages, as determined at trial, suffered as a direct and proximate result Defendant's violations of the Fair Debt Collection Practices Act, pursuant to 15 U.S.C. §1692k(a)(1);

   b. Judgment against Defendant for $1,000 in statutory damages for Defendant's violations of the Fair Debt Collection Practices Act, pursuant to 15 U.S.C. §1692k(a)(2)(A);

   c. Judgment against Defendant for Plaintiff's reasonable attorneys' fees and costs incurred in this action, pursuant to 15 U.S.C. §1692k(a)(3); and

   d. Any other legal and/or equitable relief as the Court deems appropriate.

RESPECTFULLY SUBMITTED,

Meier LLC

By:_____
Richard J. Meier, Esq.
53 W. Jackson Blvd, Suite 304
Chicago, IL 60604
Tel: 312-242-1849
Fax: 312-242-1841
Richard@meierllc.com
*Attorney for Plaintiff*